UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANCIS B. WILLIAMS,<br><br>  Plaintiff,<br><br>v.<br><br>HARRIS & HARRIS, LTD.,<br><br>  Defendant. | Case No. 1:21-cv-05056<br><br>Honorable Mary M. Rowland |

### NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiff, Francis B. Williams, and Defendant, Harris & Harris, LTD, hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 60 days.

Dated: April 5, 2022   R

Respectfully submitted,

 **Francis B. Williams**

By:/s/ *Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
Marwan R. Daher, Esq.
Victor T. Metroff, Esq.
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148
(630) 581-5450
mbadwan@sulaimanlaw.com
mdaher@sulaimanlaw.com
vmetroff@sulaimanlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on April 5, 2022 a copy of the foregoing was filed electronically via CM/ECF with the United States District Court for the Northern District of Illinois, which will be sent to all attorneys of record.

By:/s/ *Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
*Counsel for Plaintiff*
