UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANCIS B. WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>HARRIS & HARRIS, LTD.,<br><br>    Defendant. | Case No. 1:21-cv-05056 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff FRANCIS B. WILLIAMS, and the Defendant, HARRIS & HARRIS, LTD., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 4, 2022                                                         Respectfully Submitted,

FRANCIS B. WILLIAMS,                                                  HARRIS & HARRIS, LTD.,

*/s/ Mohammed O. Badwan*                                         */s/ David M. Schultz*
Mohammed O. Badwan                                                David M. Schultz
SULAIMAN LAW GROUP, LTD.                                   Louis J. Manetti, Jr.
2500 South Highland Avenue                                      Hinshaw & Culbertson LLP
Suite 200                                                                        151 North Franklin St.
Lombard, Illinois 60148                                                 Suite 2500
(630) 575-8180                                                               Chicago, IL 60606
mbadwan@sulaimanlaw.com                                      312-704-3000
*Counsel for Plaintiff*                                                     dschultz@hinshawlaw.com
                                                                                        lmanetti@hinshawlaw.com
                                                                                        *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on May 4, 2022 a copy of the foregoing was filed electronically via CM/ECF with the United States District Court for the Northern District of Illinois, which will be sent to all attorneys of record.

                                    By:/s/ *Mohammed O. Badwan*
                                    Mohammed O. Badwan, Esq.